# EXHIBIT C



# '705 Claim Chart

## OnePlus 12

| | |
|---|---|
| **1. A portable imaging apparatus, comprising:**<br>a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;<br>a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:<br>   the second image is an image of a second scene that includes the object,<br>   the second scene is a subset of the first scene,<br>   the second field of view is a subset of the first field of view, and<br>   the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;<br>at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;<br>a GPS sensor for determining the geographical location of the portable imaging apparatus;<br>a memory unit;<br>at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:<br>   receive the geographical location of the portable imaging apparatus from the GPS sensor,<br>   receive the first and second images,<br>   execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,<br>   execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,<br>   generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:<br>     the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and<br>saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus. | The OnePlus 12 is an imaging apparatus. It is equipped with multiple rear digital cameras.<br><br><br><br>**Source:** https://www.oneplus.com/us/12/specs |

1. A portable imaging apparatus, comprising:

**a first camera module having a first field of view**, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The OnePlus 12 comprises a **first camera** module having a **first field of view**. It includes a 50MP Wide camera ("**first camera**") with a diagonal angular field of view of 85 degrees, which yields photos spanning 6,144 × 8,192 pixels.



**Source:** https://www.oneplus.com/us/12#section-camera

1. A portable imaging apparatus, comprising:

**a first camera module having a first field of view**, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

---

The OnePlus 12 comprises a **first camera** module having a **first field of view**. It includes a 50MP Wide camera ("**first camera**") with a diagonal angular field of view of 85 degrees, which yields photos spanning 6,144 × 8,192 pixels.



**Wide Camera**

Sensor: Sony's LYT-808
Sensor Size: 1/1.4"
Megapixels: 50
Pixel Size: 1.12 µm
Lens Quantity: 7P
ALC lens coating
Optical Image Stabilization: Yes
Electronic Image Stabilization: Yes
Focal Length: 23mm equivalent
Aperture: ƒ/1.6
Field of View: 85°
Autofocus: Yes

**Source:** https://www.oneplus.com/us/12/specs

Details

OnePlus 12
ƒ/1.6 · 1/100 · 6.06 mm · ISO200

IMG20250411162645.jpg
50.3MP · 6144 x 8192

On device (11 MB)
/storage/emulated/0/DCIM/Camera

**Source:** Screen capture during product testing

1. A portable imaging apparatus, comprising:

**a first camera module having a first field of view**, a first image resolution, and a first color filter array, **for capturing a first image which is an image of a first scene that includes an object**;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The OnePlus 12 comprises a **first camera** module having a **first field of view** for capturing a first image which is an image of a first scene that includes an object (i.e., a mug).



**first field of view**



(1x) Image (captured with 50MP Wide camera and by covering the remaining cameras)

1. A portable imaging apparatus, comprising:

**a first camera module having** a first field of view, **a first image resolution**, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The OnePlus 12 comprises a **first camera** module having a **first image resolution**. Image resolution can be quantified in terms of spatial resolution (pixels per distance at the object) using the following formula:

$$\text{image resolution} = \frac{\text{pixels}_{\text{diagonal}}}{\text{linear field of view}_{\text{diagonal}}}$$

**Sources:** (1) https://thttheia-live-558c38c6e3f64c7299bc1b37e-6693e9d.divio-media.org/documents/theia-whitepaper-resolution-calculation.pdf; (2) https://www.edmundoptics.com/knowledge-center/application-notes/imaging/understanding-focal-length-and-field-of-view/

A linear field of view in a particular orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

**AFOV:** angular field of view

**FOV:** linear field of view

**WD:** working (object) distance



*Figure 2: Relationship between FOV, sensor size, and WD for a given AFOV.*

1. A portable imaging apparatus, comprising:

**a first camera module having** a first field of view, **a first image resolution**, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

Here, the linear field of view in the diagonal orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{85°}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 1.84 \times \text{working distance}$$

The number of pixels in the same orientation (diagonal) as the field of view is calculated via the Pythagorean theorem ($a^2 + b^2 = c^2$):

$$c = \sqrt{a^2 + b^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{\text{pixels}_{\text{horizontal}}^2 + \text{pixels}_{\text{vertical}}^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{6{,}144^2 + 8{,}192^2}$$

$$\text{pixels}_{\text{diagonal}} = 10{,}240 \text{ pixels}$$

Thus, the **first image resolution** is calculated as follows:

$$\textbf{first image resolution} = \frac{10{,}240 \; pixels}{1.84 \times WD} = 5{,}565 \text{ pixels/working distance}$$

| | |
|---|---|
| 1. A portable imaging apparatus, comprising:<br>**a first camera module having** a first field of view, a first image resolution, and **a first color filter array**, for capturing a first image which is an image of a first scene that includes an object;<br>a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:<br>the second image is an image of a second scene that includes the object,<br>the second scene is a subset of the first scene,<br>the second field of view is a subset of the first field of view, and<br>the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;<br>at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;<br>a GPS sensor for determining the geographical location of the portable imaging apparatus;<br>a memory unit;<br>at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:<br>receive the geographical location of the portable imaging apparatus from the GPS sensor,<br>receive the first and second images,<br>execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,<br>execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,<br>generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:<br>the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and<br>saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus. | The OnePlus 12 comprises a **first camera** module having a **first color filter array**.<br><br>Wide Camera<br><br>Sensor: Sony's LYT-808<br>Sensor Size: 1/1.4"<br>Megapixels: 50<br>Pixel Size: 1.12 µm<br>Lens Quantity: 7P<br>ALC lens coating<br>Optical Image Stabilization: Yes<br>Electronic Image Stabilization: Yes<br>Focal Length: 23mm equivalent<br>Aperture: ƒ/1.6<br>Field of View: 85°<br>Autofocus: Yes<br><br>**Source:** https://www.oneplus.com/us/12/specs<br><br>| Sensor name | CFA Color Filter |<br>|---|---|<br>| LYT-T808 | RGGB |<br><br>**Source:** https://spinformation-info.translate.goog/all/smartphone-image-sensor/?_x_tr_sl=ja&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=sc |

| U.S. Pat. No. 10,623,705 B2 | Accused Apparatus |
|---|---|
| 1. A portable imaging apparatus, comprising:<br><br>a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;<br><br>**a second camera module having a second field of view**, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:<br>the second image is an image of a second scene that includes the object,<br>the second scene is a subset of the first scene,<br>the second field of view is a subset of the first field of view, and<br>the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;<br><br>at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;<br>a GPS sensor for determining the geographical location of the portable imaging apparatus;<br>a memory unit;<br>at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:<br>receive the geographical location of the portable imaging apparatus from the GPS sensor,<br>receive the first and second images,<br>execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,<br>execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,<br>generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:<br>the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and<br>saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus. | The OnePlus 12 comprises a **second camera** module having a **second field of view**. It includes a 64MP Periscope Telephoto camera ("**second camera** ") with a diagonal angular field of view of 33 degrees, which yields photos spanning 6,944 × 9,248 pixels.<br><br><br><br>**Source:** https://www.oneplus.com/us/12#section-camera |

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

**a second camera module having a second field of view**, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The OnePlus 12 comprises a **second camera** module having a **second field of view**. It includes a 64MP Periscope Telephoto camera ("**second camera** ") with a diagonal angular field of view of 33 degrees, which yields photos spanning 6,944 × 9,248 pixels.

Sensor: OmniVision OV64B with 3X optical zoom, 6X in-sensor zoom
Sensor Size: 1/2"
Megapixels: 64
Pixel Size: 0.7 μm
Lens Quantity: 4P
ALC lens coating
Optical Image Stabilization: Yes
Electronic Image Stabilization: Yes
Focal Length: 70 mm equivalent (3X), 140 mm equivalent (6X)
Aperture: ƒ/2.6
Field of View: 33°
Autofocus: Yes
Ultra Res (digital) Zoom: Up to 120X

**Source:** https://www.oneplus.com/us/12/specs

Details

OnePlus 12
ƒ/2.6 · 1/100 · 13.30 mm · ISO800

IMG20250411162650.jpg
64.2MP · 6944 x 9248

On device (12 MB)
/storage/emulated/0/DCIM/Camera

**Source:** Screen capture during product testing

| U.S. Pat. No. 10,623,705 B2 | Accused Apparatus | 11 |
|---|---|---|

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

**a second camera module having a second field of view**, a second image resolution that is higher than the first image resolution, and a second color filter array, **for capturing a second image**, wherein:
the second image is an image of a second scene that includes the object,
the second scene is a subset of the first scene,
the second field of view is a subset of the first field of view, and
the second field of view is n times smaller than the first field of view,
wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:
receive the geographical location of the portable imaging apparatus from the GPS sensor,
receive the first and second images,
execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,
execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,
generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:
the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The OnePlus 12 comprises a **second camera** module having a **second field of view for capturing a second image**.



**second field of view**



(3x)

(3x) Image (captured with 64MP Periscope Telephoto camera and by covering the remaining cameras)

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

**a second camera module having** a second field of view, **a second image resolution** that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The OnePlus 12 comprises a **second camera** module having a **second image resolution**. Image resolution can be quantified in terms of spatial resolution (pixels per distance at the object) using the following formula:

$$\text{image resolution} = \frac{\text{pixels}_{\text{diagonal}}}{\text{linear field of view}_{\text{diagonal}}}$$

**Sources:** (1) https://thttheia-live-558c38c6e3f64c7299bc1b37e-6693e9d.divio-media.org/documents/theia-whitepaper-resolution-calculation.pdf; (2) https://www.edmundoptics.com/knowledge-center/application-notes/imaging/understanding-focal-length-and-field-of-view/

A linear field of view in a particular orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

**AFOV:** angular field of view

**FOV:** linear field of view

**WD:** working (object) distance



**Figure 2: Relationship between FOV, sensor size, and WD for a given AFOV.**

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

**a second camera module having** a second field of view, **a second image resolution** that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

Here, the linear field of view in the diagonal orientation can be calculated from the angular field of view in the same orientation as follows:

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{\text{angular field of view}_{\text{diagonal}}}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 2 \times \tan\left(\frac{33°}{2}\right) \times \text{working distance}$$

$$\text{linear field of view}_{\text{diagonal}} = 0.59 \times \text{working distance}$$

The number of pixels in the same orientation (diagonal) as the field of view is calculated via the Pythagorean theorem ($a^2 + b^2 = c^2$):

$$c = \sqrt{a^2 + b^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{\text{pixels}_{\text{horizontal}}^2 + \text{pixels}_{\text{vertical}}^2}$$

$$\text{pixels}_{\text{diagonal}} = \sqrt{6{,}944^2 + 9{,}248^2}$$

$$\text{pixels}_{\text{diagonal}} = 11{,}564 \text{ pixels}$$

Thus, the **second image resolution** is calculated as follows:

$$\textbf{second image resolution} = \frac{11{,}564 \; pixels}{0.59 \times WD} = 19{,}600 \text{ pixels/working distance}$$

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

**a second camera module having** a second field of view, **a second image resolution that is higher than the first image resolution**, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The 64MP Periscope Telephoto camera ("**second camera**") of the OnePlus 12 captures a **second image** having a resolution of 19,600 pixels/working distance ("**second image resolution**") and the 50MP Wide camera ("**first camera**") captures a **first image** having a resolution of 5,565 pixels/working distance ("**first image resolution**"). The working distance to the scene is the same for both images (both cameras are positioned in the same plane), such that the resolution of the second image is higher than the resolution of the first image.

Visual comparison further confirms that the resolution of the **second image** is higher than that of the **first image**.



(3x) Image cropped (captured with 64MP Periscope Telephoto camera and by covering the remaining cameras)



(1x) Image cropped (captured with 50MP Wide camera and by covering the remaining cameras)

| | |
|---|---|
| 1. A portable imaging apparatus, comprising:<br><br>a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;<br><br>**a second camera module having** a second field of view, a second image resolution that is higher than the first image resolution, and **a second color filter array**, for capturing a second image, wherein:<br><br>the second image is an image of a second scene that includes the object,<br><br>the second scene is a subset of the first scene,<br><br>the second field of view is a subset of the first field of view, and<br><br>the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;<br><br>at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;<br><br>a GPS sensor for determining the geographical location of the portable imaging apparatus;<br><br>a memory unit;<br><br>at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:<br><br>receive the geographical location of the portable imaging apparatus from the GPS sensor,<br><br>receive the first and second images,<br><br>execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,<br><br>execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,<br><br>generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:<br><br>the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and<br><br>saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus. | The OnePlus 12 comprises a **second camera** module having a **second color filter array**.<br><br>Sensor: OmniVision OV64B with 3X optical zoom, 6X in-sensor zoom<br>Sensor Size: 1/2"<br>Megapixels: 64<br>Pixel Size: 0.7 µm<br>Lens Quantity: 4P<br>ALC lens coating<br>Optical Image Stabilization: Yes<br>Electronic Image Stabilization: Yes<br>Focal Length: 70 mm equivalent (3X), 140 mm equivalent (6X)<br>Aperture: ƒ/2.6<br>Field of View: 33°<br>Autofocus: Yes<br>Ultra Res (digital) Zoom: Up to 120X<br><br>**Source:** https://www.oneplus.com/us/12/specs<br><br><br><br>**Source:** https://spinformation-info.translate.goog/all/smartphone-image-sensor/?_x_tr_sl=ja&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=sc |

Case 2:26-cv-00423    Document 1-3    Filed 05/21/26    Page 17 of 39 PageID #: 117

| | |
|---|---|
| 1. A portable imaging apparatus, comprising:<br><br>a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;<br><br>a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:<br><br>**the second image is an image of a second scene that includes the object**, the second scene is a subset of the first scene, the second field of view is a subset of the first field of view, and the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;<br><br>at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;<br><br>a GPS sensor for determining the geographical location of the portable imaging apparatus;<br><br>a memory unit;<br><br>at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:<br><br>receive the geographical location of the portable imaging apparatus from the GPS sensor,<br><br>receive the first and second images,<br><br>execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,<br><br>execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,<br><br>generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:<br><br>the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and<br><br>saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus. | The OnePlus 12's **second image** is an image of a second scene that includes the mug ("object").<br><br><br><br>(3x) Image (captured with 64MP Periscope Telephoto camera and by covering the remaining cameras) |

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

**the second scene is a subset of the first scene**,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The OnePlus 12's second image is an image of a **second scene** that is a subset of the **first scene**.



(1x)   (3x)

Above, the two photos illustrate the corresponding subset of the (3x) Image (captured with 64MP Periscope Telephoto camera and by covering the remaining cameras) (right image) overlayed on the (1x) Image (captured with 50MP Wide camera and by covering the remaining cameras) (left image).

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

**the second field of view is a subset of the first field of view**, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The OnePlus 12's **second field of view** is a subset of the **first field of view**.



**first field of view**  **second field of view**

(1x)  (3x)

(1x) Image (captured with 50MP Wide camera and by covering the remaining cameras)

(3x) Image (captured with 64MP Periscope Telephoto camera and by covering the remaining cameras)

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

**the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;**

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The 64MP Periscope Telephoto camera ("**second camera**") has a diagonal angular field of view of 33 degrees ("**second field of view**"), which is smaller than the diagonal angular field of view of 85 degrees ("**first field of view**") of the Wide camera ("**first camera**"). Thus, the **second field of view** is **2.57 times smaller** than the **first field of view**, wherein **2 ≤ 2.57 ≤ 5**.

Sensor: OmniVision OV64B with 3X optical zoom, 6X in-sensor zoom
Sensor Size: 1/2"
Megapixels: 64
Pixel Size: 0.7 μm
Lens Quantity: 4P
ALC lens coating
Optical Image Stabilization: Yes
Electronic Image Stabilization: Yes
Focal Length: 70 mm equivalent (3X), 140 mm equivalent (6X)
Aperture: ƒ/2.6
Field of View: 33°
Autofocus: Yes
Ultra Res (digital) Zoom: Up to 120X

**Source:** https://www.oneplus.com/us/12/specs

**Wide Camera**

Sensor: Sony's LYT-808
Sensor Size: 1/1.4"
Megapixels: 50
Pixel Size: 1.12 μm
Lens Quantity: 7P
ALC lens coating
Optical Image Stabilization: Yes
Electronic Image Stabilization: Yes
Focal Length: 23mm equivalent
Aperture: ƒ/1.6
Field of View: 85°
Autofocus: Yes

**Source:** https://www.oneplus.com/us/12/specs

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

**at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement**;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

---

The OnePlus 12 comprises an **accelerometer** for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement.

In-display Fingerprint Sensor

Accelerometer

M-sensor Electronic Compass

Gyroscope

Ambient Light Sensor

Proximity Sensor

Sensor Core

Flick-detect Sensor

Infrared Sensor

13-channel Accu-spectrum Light-color Identifier

**Source:** https://www.oneplus.com/us/12/specs

| | |
|---|---|
| 1. A portable imaging apparatus, comprising:<br>a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;<br>a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:<br>the second image is an image of a second scene that includes the object,<br>the second scene is a subset of the first scene,<br>the second field of view is a subset of the first field of view, and<br>the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;<br>at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;<br>**a GPS sensor for determining the geographical location of the portable imaging apparatus;**<br>a memory unit;<br>at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:<br>receive the geographical location of the portable imaging apparatus from the GPS sensor,<br>receive the first and second images,<br>execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,<br>execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,<br>generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:<br>the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and<br>saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus. | The OnePlus 12 comprises a **GPS sensor** for determining the geographical location of the OnePlus 12.<br><br>GPS (L1+L5 Dual Band), GLONASS, Galileo (E1+E5a Dual Band), A-GPS<br><br>**Source:** https://www.oneplus.com/us/12/specs |

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

**a memory unit**;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The OnePlus 12 comprises a **memory unit**.

Operating System: OxygenOS 14.0 based on Android™ 14

Platform: Snapdragon® 8 Gen 3 Mobile Platform

CPU: Qualcomm® Kryo™ CPU

GPU: Adreno™ 750

RAM: 12GB/16GB LPDDR5X

Storage: 256GB/512GB UFS 4.0

Battery: 5,400 mAh (Dual-cell 2,700 mAh, non-removable)

Vibration: Haptic motor

Available configurations: 12GB+256GB / 16GB+512GB

**Source:** https://www.oneplus.com/us/12/specs

| | |
|---|---|
| 1. A portable imaging apparatus, comprising:<br><br>a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;<br><br>a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:<br>the second image is an image of a second scene that includes the object,<br>the second scene is a subset of the first scene,<br>the second field of view is a subset of the first field of view, and<br>the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;<br><br>at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;<br><br>a GPS sensor for determining the geographical location of the portable imaging apparatus;<br><br>a memory unit;<br><br>**at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor**, wherein the at least one processor is configured to:<br>receive the geographical location of the portable imaging apparatus from the GPS sensor,<br>receive the first and second images,<br>execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,<br>execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,<br>generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:<br>the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and<br><br>saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus. | The OnePlus 12 comprises a **processor** in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor.<br><br><br><br>**Performance**<br><br>Operating System     OxygenOS 14.0 based on Android™ 14<br><br>Platform     Snapdragon® 8 Gen 3 Mobile Platform<br><br>**Source:** https://www.oneplus.com/us/oneplus-12<br><br>**Source:** https://www.oneplus.com/us/oneplus-12 |

| | |
|---|---|
| 1. A portable imaging apparatus, comprising: <br> a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object; <br> a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein: <br> the second image is an image of a second scene that includes the object, <br> the second scene is a subset of the first scene, <br> the second field of view is a subset of the first field of view, and <br> the second field of view is n times smaller than the first field of view, <br> wherein $2 \leq n \leq 5$; <br> at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement; <br> a GPS sensor for determining the geographical location of the portable imaging apparatus; <br> a memory unit; <br> **at least one processor in communication with the first camera module, the second camera module**, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to: <br> receive the geographical location of the portable imaging apparatus from the GPS sensor, <br> receive the first and second images, <br> execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus, <br> execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images, <br> generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein: <br> the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and <br> saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus. | The OnePlus 12 comprises a **processor** in communication with the **first camera** module and the **second camera** module. The Snapdragon 8 Gen 3 **processor** is in communication with the 50MP Wide camera ("**first camera**") and the 64MP Periscope Telephoto camera ("**second camera**"). The cameras are connected to a logic board, and the processor communicates with the camera modules utilizing software code embedded in the processor. <br><br> **Camera** <br> Image Signal Processor (ISP) Name: Qualcomm® Spectra™ <br> Image Signal Processor (ISP) Type: Hardware Accelerator for Computer Vision (CV-ISP), Cognitive ISP (Cog ISP), Image Signal Processor (ISP) <br> Image Signal Processor (ISP) Number: Triple ISP <br> Image Signal Processor (ISP) Bit Depth: 18-bit <br> Triple Camera (MFNR, ZSL, 30 fps): 36 MP <br> Dual Camera (MFNR, ZSL, 30 fps): 64+36 MP <br> Single Camera (MFNR, ZSL, 30 fps): 108 MP <br> Single Camera: 200 MP <br> Features: Mega Low light photography, AI-based auto-exposure, AI-based auto-focus, AI-based face detection, Engine for Visual Analytics 3.0, Multi-frame Noise Reduction (MFNR), Locally Motion Compensated Temporal Filtering (MCTF), Real-time Semantic Segmentation, Truepic photo capture <br><br> **Source:** https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-8-series-mobile-platforms/snapdragon-8-gen-3-mobile-platform |

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

**at least one processor in communication with the first camera module, the second camera module**, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

The OnePlus 12 comprises a **processor** in communication with the **first camera** module and the **second camera** module. The Snapdragon 8 Gen 3 **processor** is in communication with the 50MP Wide camera ("**first camera**") and the 64MP Periscope Telephoto camera ("**second camera**"). The cameras are connected to a logic board, and the processor communicates with the camera modules utilizing software code embedded in the processor.



**Source:** https://youtu.be/1sLynh-uzKQ?si=GuAapppDp0W5ZSzb&t=113



**Source:** https://youtu.be/1sLynh-uzKQ?si=QCzRnQttHMRsgNGq&t=230

| | |
|---|---|
| 1. A portable imaging apparatus, comprising:<br><br>a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;<br><br>a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:<br><br>the second image is an image of a second scene that includes the object,<br><br>the second scene is a subset of the first scene,<br><br>the second field of view is a subset of the first field of view, and<br><br>the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;<br><br>at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;<br><br>a GPS sensor for determining the geographical location of the portable imaging apparatus;<br><br>a memory unit;<br><br>**at least one processor in communication with** the first camera module, the second camera module, **the at least one accelerometer, the memory unit, and the GPS sensor**, wherein the at least one processor is configured to:<br><br>receive the geographical location of the portable imaging apparatus from the GPS sensor,<br><br>receive the first and second images,<br><br>execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,<br><br>execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,<br><br>generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:<br><br>the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and<br><br>saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus. | The OnePlus 12 comprises a **processor** in communication with the first camera module, the second camera module, the at least one **accelerometer**, the **memory unit**, and the **GPS sensor**. The Snapdragon 8 Gen 3 **processor** is in communication with the **accelerometer**, the 256GB/512GB **memory unit**, and the **GPS sensor**. The **accelerometer**, 256GB/512GB **memory unit**, and **GPS sensor** are connected to a logic board, and the processor communicates with them utilizing software code embedded in the processor.<br><br>Operating System: OxygenOS 14.0 based on Android™ 14<br>Platform: Snapdragon® 8 Gen 3 Mobile Platform<br>CPU: Qualcomm® Kryo™ CPU<br>GPU: Adreno™ 750<br>RAM: 12GB/16GB LPDDR5X<br>Storage: 256GB/512GB UFS 4.0<br>Battery: 5,400 mAh (Dual-cell 2,700 mAh, non-removable)<br>Vibration: Haptic motor<br>Available configurations: 12GB+256GB / 16GB+512GB<br><br>In-display Fingerprint Sensor<br>Accelerometer<br>M-sensor Electronic Compass<br>Gyroscope<br>Ambient Light Sensor<br>Proximity Sensor<br>Sensor Core<br>Flick-detect Sensor<br>Infrared Sensor<br>13-channel Accu-spectrum Light-color Identifier<br><br>GPS (L1+L5 Dual Band), GLONASS, Galileo (E1+E5a Dual Band), A-GPS<br><br>**Source:** https://www.oneplus.com/us/12/specs |

| U.S. Pat. No. 10,623,705 B2 | Accused Apparatus | 27 |
|---|---|---|

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein **the at least one processor is configured to**:

**receive the geographical location of the portable imaging apparatus from the GPS sensor**,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

---

The OnePlus 12's processor is configured to **receive the geographical location of the portable imaging apparatus from the GPS sensor**. The Snapdragon 8 Gen 3 **processor** receives the geographical location of the OnePlus 12 from the **GPS sensor**.



GPS (L1+L5 Dual Band), GLONASS, Galileo (E1+E5a Dual Band), A-GPS

**Source:** https://www.oneplus.com/us/12/specs









**Source:** Product Testing

Case 2:26-cv-00423    Document 1-3    Filed 05/21/26    Page 29 of 39 PageID #: 129

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein **the at least one processor is configured to**:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

**receive the first and second images**,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

---

The OnePlus 12's processor is configured to receive the **first** and **second images**. The Snapdragon 8 Gen 3 **processor** receives the **first image** and the **second image**.

 

(1x) Image (captured with 50MP Wide camera and by covering the remaining cameras)

(3x) Image (captured with 64MP Periscope Telephoto camera and by covering the remaining cameras)

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein **the at least one processor is configured to**:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

**receive the first and second images**,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

Product testing confirms that the OnePlus 12 uses two cameras to add a blur effect to an **output image** when operated in Portrait mode.

  



Portrait Mode (3x) Image (captured from 64MP Periscope Telephoto camera only with other cameras blocked)

Portrait Mode (3x) Image (captured from 50MP Wide camera only with other cameras blocked)

Portrait Mode (3x) Image (captured from 50MP Wide camera and 64MP Periscope Telephoto camera with other cameras blocked)

The output image at the right exhibits the blurred background Bokeh effect. This effect is not achieved when only the 50MP Wide camera or only the 64MP Periscope Telephoto camera is used. This confirms that the processor of the OnePlus 12 receives images from **both** cameras in order to generate an output portrait image with Bokeh effect.

| Claim | Accused Apparatus |
|---|---|
| 1. A portable imaging apparatus, comprising:<br>a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;<br>a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:<br>the second image is an image of a second scene that includes the object,<br>the second scene is a subset of the first scene,<br>the second field of view is a subset of the first field of view, and<br>the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;<br>at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;<br>a GPS sensor for determining the geographical location of the portable imaging apparatus;<br>a memory unit;<br>at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein **the at least one processor is configured to**:<br>receive the geographical location of the portable imaging apparatus from the GPS sensor,<br>receive the first and second images,<br>**execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus**,<br>execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,<br>generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:<br>the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and<br>saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus. | The OnePlus 12's processor is configured to **execute a distance calculation procedure**, based upon at least one of the received images, to estimate the distance of at least one point on the mug ("object") from the OnePlus 12. The Snapdragon 8 Gen 3 **processor** **calculates the distance** of one point on the mug ("object") in the scene from the OnePlus 12, based on at least one of the **first image** and the **second image**.<br><br>**Multiple cameras:** Modern smartphones can have more than a single front- and rear-facing camera. For example, having multiple rear-facing cameras or camera arrays allows for taking multiple pictures at the same time with different settings, and brings many advanced features into play, such as fast auto-focus, optical zoom-like capabilities, depth mapping and low-light photography. The use of multiple front-facing cameras also enables new user experiences, such as more natural interaction through gesture recognition.<br><br>Calculating the distance of various points in the scene relative to the position of the camera is one of the important tasks of CV. Depth information can be used for fast focus, object segmentation, refocus, and distance measurement. Acquiring multiple images at different focal points is required to extract depth information. Although a single camera can generate multiple images at different focal points sequentially, a dual-camera can take two images at different focal points simultaneously to eliminate time-based movement in the scene.<br><br>**Source:** https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/breakthrough_mobile_imaging_experiences_-_web_.pdf |

| | |
|---|---|
| 1. A portable imaging apparatus, comprising: | The OnePlus 12's processor is configured to **execute a distance calculation procedure**, based upon at least one of the received images, to estimate the distance of at least one point on the mug ("object") from the OnePlus 12. The OnePlus 5T demonstrated the use of a dual-camera setup to create depth maps for portrait mode. Given this approach and based on product testing, it's clear that the OnePlus 12 also uses two cameras to enable its portrait photography features. |

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein $2 \leq n \leq 5$;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein **the at least one processor is configured to**:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

**execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus**,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

---

The OnePlus 12's processor is configured to **execute a distance calculation procedure**, based upon at least one of the received images, to estimate the distance of at least one point on the mug ("object") from the OnePlus 12. The OnePlus 5T demonstrated the use of a dual-camera setup to create depth maps for portrait mode. Given this approach and based on product testing, it's clear that the OnePlus 12 also uses two cameras to enable its portrait photography features.

> **Step 1: Analyzing frames**
>
> When you capture a portrait, both lenses of the OnePlus 5T analyze the same scene using a custom algorithm. By comparing frames of the same photograph, the OnePlus 5T can create a pleasant portrait. In the first step, the two sensors use one another's captures to create a depth map, which tells the OnePlus 5T where to apply a depth-of-field effect and helps determine the intensity of the effect.

**Source:** https://community.oneplus.com/thread/707842

Case 2:26-cv-00423    Document 1-3    Filed 05/21/26    Page 33 of 39 PageID #: 133

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein **the at least one processor is configured to**:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

**execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images**,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

---

The OnePlus 12's processor is configured to execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images. Product testing confirms that it adds a blur effect to an **output image** when operated in Portrait mode.

  

Portrait Mode (3x) Image (captured from 64MP Periscope Telephoto camera only with other cameras blocked)

Portrait Mode (3x) Image (captured from 50MP Wide camera only with other cameras blocked)

Portrait Mode (3x) Image (captured from 50MP Wide camera and 64MP Periscope Telephoto camera with other cameras blocked)

The output image at the right exhibits the blurred background Bokeh effect. This effect is not achieved when only the 50MP Wide camera or only the 64MP Periscope Telephoto camera is used. This confirms that the processor of the OnePlus 12 receives images from **both** cameras in order to generate an output portrait image with Bokeh effect.

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein **the at least one processor is configured to**:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

**generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area**, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

Product testing confirms that the OnePlus 12's processor is configured to generate an **output image** that has at least two image areas, a **first area** that includes the object (i.e., mug) and is a subset of the **second image**, and a **second area** that at least partially surrounds the first area.




Portrait Mode (3x) Image (captured with 64MP Periscope Telephoto camera and by covering the remaining cameras)

Portrait Mode (3x) Image (captured from 50MP Wide camera and 64MP Periscope Telephoto camera with other cameras blocked)

Case 2:26-cv-00423    Document 1-3    Filed 05/21/26    Page 35 of 39 PageID #: 135

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein **the at least one processor is configured to**:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

**the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image**; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

Product testing confirms that the **output image**'s **second area** is blurred at least partially as a result of the image blurring procedure, and the resolution of the **second area** is less than the resolution of the **first image**.



(1x) Image (captured with 50MP Wide camera and by covering the remaining cameras)



Portrait Mode (3x) Image (captured from 50MP Wide camera and 64MP Periscope Telephoto camera with other cameras blocked)

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein **the at least one processor is configured to**:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

**the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image**; and

saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.

---

Product testing confirms that the **output image**'s **second area** is blurred at least partially as a result of the image blurring procedure, and the resolution of the **second area** is less than the resolution of the **first image**.



(1x) Image cropped (captured with 50MP Wide camera and by covering the remaining cameras)



Portrait Mode (3x) Image (captured from 50MP Wide camera and 64MP Periscope Telephoto camera with other cameras blocked)

1. A portable imaging apparatus, comprising:

a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;

a second camera module having a second field of view, a second image resolution that is higher than the first image resolution, and a second color filter array, for capturing a second image, wherein:

the second image is an image of a second scene that includes the object,

the second scene is a subset of the first scene,

the second field of view is a subset of the first field of view, and

the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;

at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;

a GPS sensor for determining the geographical location of the portable imaging apparatus;

a memory unit;

at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein **the at least one processor is configured to**:

receive the geographical location of the portable imaging apparatus from the GPS sensor,

receive the first and second images,

execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,

execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,

generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:

the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and

**saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus.**

The OnePlus 12's processor **saves in the memory unit** the generated **output image** and the **geographical location** of the OnePlus 12.



Portrait Mode (3x) Image (captured from 50MP Wide camera and 64MP Periscope Telephoto camera with other cameras blocked)









**Source:** Screen shot from product testing.

| U.S. Pat. No. 10,623,705 B2 | Accused Apparatus |
|---|---|
| 1. A portable imaging apparatus, comprising:<br><br>a first camera module having a first field of view, a first image resolution, and a first color filter array, for capturing a first image which is an image of a first scene that includes an object;<br><br>**a second camera module having** a second field of view, a second image resolution that is higher than the first image resolution, and **a second color filter array**, for capturing a second image, wherein:<br>the second image is an image of a second scene that includes the object,<br>the second scene is a subset of the first scene,<br>the second field of view is a subset of the first field of view, and<br>the second field of view is n times smaller than the first field of view, wherein 2≤n≤5;<br><br>at least one accelerometer for measuring a movement of the portable imaging apparatus and generating at least one signal corresponding to the movement;<br>a GPS sensor for determining the geographical location of the portable imaging apparatus;<br>a memory unit;<br>at least one processor in communication with the first camera module, the second camera module, the at least one accelerometer, the memory unit, and the GPS sensor, wherein the at least one processor is configured to:<br>receive the geographical location of the portable imaging apparatus from the GPS sensor,<br>receive the first and second images,<br>execute a distance calculation procedure, based upon at least one of the received images, to estimate the distance of at least one point on the object from the portable imaging apparatus,<br>execute an image blurring procedure, based at least in part upon the estimated distance, to reduce the image resolution of at least a portion of at least one of the received images,<br>generate an output image that has at least two image areas, a first area that includes the object and is a subset of the second image, and a second area that at least partially surrounds the first area, wherein:<br>the second area is blurred at least partially as a result of the image blurring procedure, and the resolution of the second area is less than the resolution of the first image; and<br>saving, in the memory unit, the generated output image and the geographical location of the portable imaging apparatus. | The OnePlus 12 comprises a **second camera** module having a **second color filter array**.<br><br>Sensor: OmniVision OV64B with 3X optical zoom, 6X in-sensor zoom<br>Sensor Size: 1/2"<br>Megapixels: 64<br>Pixel Size: 0.7 μm<br>Lens Quantity: 4P<br>ALC lens coating<br>Optical Image Stabilization: Yes<br>Electronic Image Stabilization: Yes<br>Focal Length: 70 mm equivalent (3X), 140 mm equivalent (6X)<br>Aperture: ƒ/2.6<br>Field of View: 33°<br>Autofocus: Yes<br>Ultra Res (digital) Zoom: Up to 120X<br><br>**Source:** https://www.oneplus.com/us/12/specs<br><br><br><br>**Source:** https://spinformation-info.translate.goog/all/smartphone-image-sensor/?_x_tr_sl=ja&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=sc |

37

| '705 Claim Element | OnePlus 12 |
|---|---|
| **first camera** | 50MP |
| **first field of view** | 85˚ |
| **first image resolution** | 5,565 pixels/working distance |
| **first color filter array** | RGGB |
| **second camera** | 64MP |
| **second field of view** | 33˚ |
| **second image resolution** | 19,600 pixels/working distance |
| **second color filter array** | 4-Cell / Color |
| **first field of view ÷ second field of view** (wherein  2 ≤ ratio ≤ 5) | 2.57 |
| **processor** | Qualcomm Snapdragon 8 Gen 3 |
| **accelerometer** | Yes |
| **GPS sensor** | Yes |
| **memory unit** | (16GB + 512GB) |

**Sources:** Product Testing (for Portrait mode image);
https://www.oneplus.com/us/12/specs;
https://spinformation-info.translate.goog/all/smartphone-image-sensor/?_x_tr_sl=ja&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=sc;
https://9to5google.com/2020/02/25/oneplus-gallery-app-gains-face-scene-detection-plus-auto-generated-story-mode/;

**Portrait Mode**



OnePlus 12

HASSELBLAD
70mm f/4.5 1/100s ISO800